UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*FILED*

*JUN 2 9 2009*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maria Lurdes Prior Pereira, )
)
Plaintiff, )
)
v. )   Civil Action No.   09 1175
)
Federal Court of Federal Claims *et al.*, )
)
Defendants. )
)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, sues the United States Court of Federal Claims for what may be adverse rulings, but she also names as defendants Treasury Secretary Timothy

(N)

3

Geithner and the Department of Justice. Plaintiff seeks $112.5 billion. The complaint

allegations are incomprehensible and, thus, fail to provide any notice of a claim and the basis of

this Court's jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: June 26, 2009